(No. 5732—

Gulf Oil Corporation, Acting by and through Gulf Oil Company, U. S., A Division thereof, Claimant, *vs.* State of Illinois, Various State Agencies, Respondent.

*Opinion filed May 11, 1971.*

Gulf Oil Corporation, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 5735—

Thermo-Fax Sales, Inc., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed May 11, 1971.*

Thermo-Fax Sales, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.